```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW HAMPSHIRE
```

WILLIAM EMORY REFFETT

V.                                              Case no.1:21-mc-21-JL

RAPIDES PARISH SHERIFFS OFFICE ET AL

O R D E R

The Plaintiff in this matter, William Emory Reffett, attempted to file what he characterizes as a "Registration of a Foreign Judgment." Attempts to register a foreign judgment are governed by 28 U.S.C. § 1963. The documents filed by William Emory Reffett do not comply with the requirements of 28 U.S.C. § 1963 and do not represent a valid judgment issued by a state or federal court. Thus, the filings shall not be given the legal force and effect of a properly filed foreign judgment pursuant to 28 U.S.C. § 1963. As such, the clerk's office shall issue no process on this filing and William Emory Reffett shall not attempt to levy or otherwise enforce this filing as a properly registered foreign judgment in this district.

So ordered.

                                    /s/ Joseph N. Laplante
                                    _____
                                    Joseph N. Laplante
                                    United States District Judge

Date:  April 21, 2021